**FILED**

**JUL 0 9 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 13-30150 MJR |
| Plaintiff, ) | |
| ) | Title 18, United States Code, |
| vs. ) | Sections 922(g)(1), 922(g)(3), |
| ) | 924(a)(2), and 924(d) |
| JERROD F. JONES, ) | |
| ) | Title 28, United States Code, Section |
| Defendant. ) | 2461(c). |

## INDICTMENT

**SUPPRESSED**

**THE GRAND JURY CHARGES:**

### COUNT 1

#### FELON IN POSSESSION OF A FIREARM

On or about May 22, 2012, in St. Clair County, within the Southern District of Illinois,

**JERROD F. JONES,**

defendant herein, having been previously convicted of a felony – namely, Unlawful Delivery of a Controlled Substance, in violation of Illinois Compiled Statutes, Chapter 720, Section 570/402(c), in St. Clair County, Illinois, Case No. 06-CF-1537, on or about February 12, 2007 – did knowingly possess, in and affecting commerce, a firearm – namely, a Para Ordinance P-12-45, .45 caliber pistol, bearing serial number RK5330; all in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

#### USER OF CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM

On or about May 22, 2013, in St. Clair County, within the Southern District of Illinois,

**JERROD F. JONES,**

Defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802 – namely, marijuana – did knowingly possess, in and affecting

commerce, a firearm – namely, a Para Ordinance P-12-45, .45 caliber pistol, bearing serial number RK5330; all in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 3

### POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE

On or about May 22, 2013, in St. Clair County, within the Southern District of Illinois,

**JARROD F. JONES**,

Defendant herein, knowingly possessed with intent to distribute approximately 84 grams of marijuana, a Schedule I Controlled Substance; all in violation of Title 26, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

### FORFEITURE OF FIREARM

Upon conviction of any offense alleged in this Indictment, defendant **JERROD F. JONES** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not limited, to the following: a Para Ordinance P-12-45, .45 caliber pistol, bearing serial number RK5330, and any and all ammunition contained therein.

FOREPERSON

STEPHEN B. CLARK
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention